# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jennifer E. Dadesho,<br><br>        Plaintiff,<br><br>vs.<br><br>Barclays Bank Delaware,<br><br>        Defendant. | No. 3:16-cv-02571-RS<br><br>[~~PROPOSED~~] ORDER |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiff, Jennifer E. Dadesho,, against Defendant, Barclays Bank Delaware, are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: 9/20/16

_____
Honorable Richard Seeborg
United States District Judge